EN EL TRIBUNAL SUPREMO DE PUERTO RICO

|  |  |
|---|---|
| In re:<br><br>    Julio C. Silvagnoli Collazo | 2002 TSPR 61<br><br>156 DPR _____ |

Número del Caso: TS-4164


Fecha: 10/mayo/2002


Oficina de Inspección de Notarías:
                    Lcda. Carmen H. Carlos
                    Directora

Abogado de la Parte Querellada:
                    Lcdo. José Angel Cangiano



Materia: Solicitud de Reinstalación



Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

   Julio C. Silvagnoli Collazo

                        TS-4164

                        RESOLUCIÓN

      San Juan, Puerto Rico a 10 de mayo de 2002

         Visto el Informe de la Directora de la Oficina de Inspección de Notarías y la comparecencia del Lcdo. Julio C. Silvagnoli Collazo y no habiendo objeción a la reinstalación del licenciado Silvagnoli Collazo a la misma, se ordena que previo a los trámites correspondientes en ley se le reinstale al ejercicio de la notaría.

         Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.  El Juez Asociado señor Fuster Berlingeri no intervino.


                        Patricia Otón Olivieri
                        Secretaria del Tribunal Supremo